# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

　　Joseph P. Watkins,

　　　　　　　Debtor.

Case No. 24-11098-pmm

Chapter 13

## ORDER

And now, the Court having considered the Debtor's Motion to Approve Electronic Signature, and after notice and opportunity for hearing, the Court finds as follows:

A. The Debtor signed his petition using Adobe Sign.

B. Adobe Sign complies with the Electronic Signatures in Global and National Commerce Act ("ESIGN").

C. The Debtor's ESIGN-compliant signature adheres to the requirements of Local Bankruptcy Rule 5005-7(b).

It is hereby **ORDERED** that:

1. The motion is **GRANTED**.

Date:

_____
Patricia M. Mayer
U.S. Bankruptcy Judge