**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 24-11098-pmm |
| Joseph P. Watkins, | Chapter 13 |
| Debtor. | |

### Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Debtor's Motion to Approve Electronic Signature

- Notice of Debtor's Motion to Approve Electronic Signature, Response Deadline, and Hearing Date

Date: April 23, 2024

Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com