# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Joseph P. Watkins,

                                                         :        Chapter 13

                                                         :

           Debtor                                     :        Bky. No. 24-11098 (PMM)

## O R D E R

AND NOW, upon consideration of the Debtors' Motion for an Additional Extension of Time (Doc. no. 20, "the Motion"), it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **May 13, 2024**.

2. **NO FURTHER EXTENSIONS WILL BE GRANTED**. **If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

3. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before July 3, 2024.**

4. Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

*Patricia M. Mayer* (signature)

Date: 5/1/24

                                         **Hon. Patricia M. Mayer**
                                         **U.S. Bankruptcy Judge**