UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br><br>JOSEPH P WATKINS | CASE NO: 24-11098<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 22 |

On 5/1/2024, I did cause a copy of the following documents, described below,

Order Extending Proof of Claim Deadline ECF Docket Reference No. 22

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/1/2024

/s/ Michael I. Assad
Michael I. Assad  330937
Attorney for Movant
Cibik Law,P.C.
1500 Walnut Street,Suite 900
Philadelphia, PA  19102
215 735 1060
mike.assad@cibiklaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br><br>JOSEPH P WATKINS | CASE NO: 24-11098<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 22 |

On 5/1/2024, a copy of the following documents, described below,

Order Extending Proof of Claim Deadline ECF Docket Reference No. 22

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/1/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael I. Assad
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-11098<br>EASTERN DISTRICT OF PENNSYLVANIA<br>WED MAY 1 9-43-8 PST 2024 | ~~(U)US BANK TRUST NATIONAL ASSOCIATION NOT IN I~~ | ~~PHILADELPHIA~~<br>~~900 MARKET STREET~~<br>~~SUITE 400~~<br>~~PHILADELPHIA  PA 19107-4233~~ |
| CIBIK LAW  PC<br>1500 WALNUT STREET SUITE 900<br>PHILADELPHIA   PA 19102-3518 | (P)CITY OF PHILADELPHIA LAW DEPARTMENT<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F KENNEDY BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1617 | CITY OF PHILADELPHIA<br>PARKING VIOLATION BRANCH<br>PO BOX 41819<br>PHILADELPHIA   PA 19101-1819 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA   PA 19101-7346 | (P)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>1 REVENUE PL<br>HARRISBURG   PA 17129-0001 |
| PENNSYLVANIA OFFICE OF GENERAL COUNSEL<br>333 MARKET ST FL 17<br>HARRISBURG  PA 17101-2210 | PHILADELPHIA MUNICIPAL COURT<br>TRAFFIC DIVISION<br>800 SPRING GARDEN ST<br>PHILADELPHIA  PA 19123-2616 | PHILADELPHIA PARKING AUTHORITY<br>BANKRUPTCY DEPARTMENT<br>701 MARKET ST<br>PHILADELPHIA  PA 19106-1540 |
| RCS MTG<br>350 S GRAND AVENUE<br>LOS ANGELES  CA 90071-3406 | US ATTORNEY  EASTERN DISTRICT OF PA<br>615 CHESTNUT ST STE 1250<br>PHILADELPHIA  PA 19106-4404 | US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON  DC 20530-0009 |
| US BANK TRUST NATIONAL ASSOCIATION<br>CO MICHAEL PATRICK FARRINGTON<br>KML LAW GROUP  PC<br>701 MARKET ST<br>SUITE 5000<br>PHILADELPHIA   PA 19106-1541 | US BANK TRUST NATIONAL ASSOCIATION   NOT IN I<br>CO MICHAEL FARRINGTON ESQUIRE<br>KML LAW GROUP  PC<br>701 MARKET STREET  SUITE 5000<br>PHILADELPHIA   PA 19106-1541 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~OFFICE OF UNITED STATES TRUSTEE~~<br>~~ROBERT NC NIX FEDERAL BUILDING~~<br>~~900 MARKET STREET~~<br>~~SUITE 320~~<br>~~PHILADELPHIA  PA 19107-4202~~ |
| VERIZON<br>VERIZON WIRELESS BK ADMIN 500 TECHNOLOGY<br>WELDON SPRINGS  MO 63304-2225 | DEBTOR<br>JOSEPH P WATKINS<br>6414 CITY AVENUE<br>PHILADELPHIA   PA 19151-2409 | KENNETH E WEST<br>OFFICE OF THE CHAPTER 13 STANDING TRUSTE<br>1234 MARKET STREET - SUITE 1813<br>PHILADELPHIA   PA 19107-3704 |
| MICHAEL A CIBIK<br>CIBIK LAW  PC<br>1500 WALNUT STREET<br>SUITE 900<br>PHILADELPHIA   PA 19102-3518 | MICHAEL I ASSAD<br>CIBIK LAW  PC<br>1500 WALNUT ST<br>STE 900<br>PHILADELPHIA   PA 19102-3518 | |