**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Joseph P. Watkins** <br>                    **Debtor** | **BK NO. 24-11098 AMC** <br><br> **Chapter 13** |
| **US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust** <br>                    **Movant** <br><br> vs. <br><br> **Joseph P. Watkins** <br> **Kenneth E. West, Trustee** <br>                    **Respondents** | **Hearing Date:  08/08/24** |

## OBJECTION OF US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST TO CONFIRMATION OF CHAPTER 13 PLAN

US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 plan and asserts in support of its Objection as follows:

1. The claims bar date is June 10, 2024. Secured Creditor intends to file a claim on or before the bar date with pre-petition arrears estimated at $542,478.04.

2. Debtor's Plan provides for payment in the amount of $458,771.38 towards the arrearage claim of the Secured Creditor.

3. Debtor's Plan understates the amount of the Secured Creditor's claim by $83,706.66 and does not provide sufficient funding to pay said claim.

4. Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Secured Creditor.

5. In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Secured Creditor, US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: June 3, 2024

By: **/s/Michael P. Farrington**
Michael P. Farrington, Esquire
KML Law Group, P.C.
The Lits Building
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for Movant/Applicant