UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Joseph P. Watkins,<br><br>*Debtor*. | Chapter 13<br>Case No. 24-11098 |

**Certification of No Payment Advices
Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

I, Joseph P. Watkins, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☒ I did not receive payment advices due to factors other than those listed above. <u>I received monthly payment as a 1099 for a hosting tv show on a Christian cable network.</u>

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: May 28, 2024                    /s/ **Joseph P. Watkins**
                                       Joseph P. Watkins